IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————————————

No. 23-5094

———————————————————————

HEIDI STIRRUP, et al.,
Appellants

v.

UNITED STATES DEPARTMENT OF DEFENSE, et al.,
Appellees.

———————————————————————

APPELLANTS' MOTION TO
VACATE ORDERS CONCERNING DEFERRED
APPENDIX AND FINAL BRIEFS

———————————————————————

Appellants Heidi Stirrup, Douglas Lengenfelder, Robert A. Gleason, Jr., Mark Green, M.D., Ralph Norman, and Sean Spicer respectfully request that the Court vacate its various scheduling orders setting forth deadlines for a deferred appendix and a final brief. *See, e.g.* Clerk's Order dated January 11, 2024 setting forth a revised schedule that includes a deadline of February 23, 2024 for the deferred appendix and a deadline of March 8, 2024 for final briefs.

On May 30, 2023, Appellants filed, Pursuant to Circuit Rule 30, a Statement Regarding Deferred Appendix indicating that Appellants would file the joint appendix with the briefs in accordance with Rule 30(a). Appellants filed the Joint

Appendix with their opening brief on June 6, 2023 and filed an Amended Joint Appendix on January 12, 2024.

Counsel for Appellees consents to this motion and intends to refer to the Amended Joint Appendix in its Appellees' brief now due on January 26, 2024.

WHEREFORE, Appellants respectfully request that the deadlines for the submission of a deferred appendix and final briefs be vacated.

Respectfully submitted,

*/s/ Jeffrey E. McFadden*
Jeffrey E. McFadden (DC. Bar No. 434234)
LAW OFFICES OF JEFFREY E. MCFADDEN, LLC
312 Prospect Bay Drive East
Grasonville, MD 21638
Phone: (443) 272-4737
jmcfadden@jmcfaddenlaw.com

Michael T. Rose (S.C. Bar #4910)
MIKE ROSE LAW FIRM, PC
409 Central Ave.
Summerville, SC 29483
Phone: (843) 871-1821
mike@mikeroselawfirm.com

Richard A. Epstein (CA Bar #43329)
16 Thomas Place
Norwalk, CT 06853
Phone: (773) 450-4476
raepstein43@gmail.com

Dated:  January 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of January, 2024, a copy of the foregoing Appellants' Motion to Vacate Orders Concerning Deferred Appendix and Final Briefs was served on all counsel of record via the Court's electronic filing system.

*/s/ Jeffrey E. McFadden*
Jeffrey E. McFadden (D.C. Bar No. 434234)

3